**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 06-cv-01678-LTB-CBS

ROBERTA MOODY,

    Plaintiff,

v.

CONTINENTAL CASUALTY COMPANY,
THE HARTFORD FINANCIAL SERVICES GROUP, a/k/a
THE HARTFORD, and
HARTFORD LIFE INSURANCE COMPANY,

    Defendants.

_____

**MINUTE ORDER**
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

    Plaintiff's Unopposed Motion to Amend Complaint to Substitute Parties (Doc 4 - filed October 6, 2006) is **GRANTED**.

Dated: October 16, 2006
_____