**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.   06-cv-01678-LTB-CBS

ROBERTA MOODY,

       Plaintiff,

v.

THE HARTFORD LIFE GROUP INSURANCE COMPANY,

       Defendant.
_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Joint Stipulation for Dismissal (Doc 12 - filed February 6, 2007), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                BY THE COURT:

                                _s/Lewis T. Babcock_
                                Lewis T. Babcock, Chief Judge

DATED:   February 7, 2007